AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2007

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>CHESLER, STANLEY R | 2. Court or Organization<br><br>UNITED STATES DISTRICT COURT | 3. Date of Report<br><br>05/09/2008 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>ACTIVE DISTRICT JUDGE | 5a. Report Type (check appropriate type)<br><br>☐ Nomination, Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2007<br>to<br>12/31/2007 |
| 7. Chambers or Office Address<br><br>FRANK R. LAUTENBERG U.S. COURTHOUSE & POST OFFICE BLDG NEWARK, NEW JERSEY 07101 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

2008 MAY 14 A 10: 26
FINANCIAL DISCLOSURE OFFICE
RECEIVED

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | K HOVNANIAN ENTERPRISES |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | N.Y. INTELLECTUAL PROPERTY LAW ASSOCIATION | 3/23/07 to 3/24/07 | New York, NY | Dinner honoring judiciary | Lodging and meals |
| 2. | GEORGE MASON UNIVERSITY LAW SCHOOL, LAW & ECONOMICS CENTER | 7/12/07 to 7/15/07 | Sedona, AZ | Educational seminar | Lodging, meals and transportation |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CHESLER, STANLEY R | 05/09/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CHESLER, STANLEY R | 05/09/2008 |

## VII. INVESTMENTS and TRUSTS  *– income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. EVERGREEN SMALL CO. GROWTH FUND, BOSTON, MA | A | Dividend | J | T | | | | | |
| 2. SPARTA TWP. BRD. OF ED. BOND | A | Interest | J | T | | | | | |
| 3. N.J. STATE BOND | A | Interest | J | T | | | | | |
| 4. N.J. STATE BOND | A | Interest | J | T | | | | | |
| 5. N.J. STATE BOND | A | Interest | J | T | | | | | |
| 6. BANCO POPULAR, BROOKLYN, NY | A | Interest | J | T | | | | | |
| 7. U.S. TREASURY BILLS FED. RESERVE BANK OF NY | E | Interest | N | T | | | | | |
| 8. BANK OF AMERICA | C | Interest | M | T | | | | | |
| 9. INVESCO STABLE VALUE FUND | C | Dividend | M | T | | | | | |
| 10. INVESCO 500 INDEX FUND | C | Dividend | M | T | | | | | |
| 11. N.J. STATE BOND | B | Interest | K | T | | | | | |
| 12. N.J. STATE BOND | A | Interest | J | T | | | | | |
| 13. N.J. STATE BOND | A | Interest | K | T | | | | | |
| 14. N.J. STATE BOND | A | Interest | K | T | | | | | |
| 15. ML BANKING ADVANTAGE | A | Interest | J | T | | | | | |
| 16. PORT AUTHORITY OF NY & NJ BOND | A | Interest | J | T | | | | | |
| 17. N.J. STATE BOND | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CHESLER, STANLEY R | 05/09/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. PORT AUTHORITY OF NY & NJ BOND | A | Interest | | | CALLED | 10/01 | J | A | |
| 19. ING DIRECT BANK MONEY MARKET | A | Interest | J | T | | | | | |
| 20. CLINTON TWP N.J. BOND | A | Interest | K | T | | | | | |
| 21. CALIFORNIA STATE BOND | A | Interest | K | T | | | | | |
| 22. PORT AUTHORITY OF NY & NJ BOND | A | Interest | J | T | | | | | |
| 23. WEST ORANGE, N.J. BRD. OF ED. BOND | A | Interest | K | T | | | | | |
| 24. CALIFORNIA STATE BOND | A | Interest | J | T | | | | | |
| 25. PORT AUTHORITY BOND | A | Interest | J | T | | | | | |
| 26. WEST ORANGE, N.J. BRD. OF ED. BOND | A | Interest | J | T | | | | | |
| 27. BLACK ROCK SMALL CAP INDEX FUND | A | Dividend | J | T | | | | | |
| 28. BLACK ROCK S&P 500 INDEX FUND | A | Dividend | J | T | | | | | |
| 29. FIDELITY SPARTAN 500 INDEX FUND | | Dividend | | | BUY | 1/4 | J | | |
| 30. FIDELITY SPARTAN 500 INDEX FUND | | Dividend | | | BUY | 2/3 | J | | |
| 31. FIDELITY SPARTAN 500 INDEX FUND | | Dividend | | | BUY | 3/3 | J | | |
| 32. FIDELITY SPARTAN 500 INDEX FUND | | Dividend | | | BUY | 4/3 | J | | |
| 33. FIDELITY SPARTAN 500 INDEX FUND | | Dividend | | | BUY | 5/3 | J | | |
| 34. FIDELITY SPARTAN 500 INDEX FUND | | Dividend | | | BUY | 6/5 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CHESLER, STANLEY R | 05/09/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.  FIDELITY SPARTAN 500 INDEX FUND | | Dividend | | | BUY | 7/3 | J | | |
| 36.  FIDELITY SPARTAN 500 INDEX FUND | | Dividend | | | BUY | 8/3 | J | | |
| 37.  FIDELITY SPARTAN 500 INDEX FUND | | Dividend | | | BUY | 9/5 | J | | |
| 38.  FIDELITY SPARTAN 500 INDEX FUND | | Dividend | | | BUY | 10/3 | J | | |
| 39.  FIDELITY SPARTAN 500 INDEX FUND | | Dividend | | | BUY | 11/5 | J | | |
| 40.  FIDELITY SPARTAN 500 INDEX FUND | A | Dividend | K | T | BUY | 12/4 | J | | |
| 41.  FIDELITY N.J. MUNI MONEY MARKET FUND | A | Dividend | K | T | | | | | |
| 42.  TREASURY BILL | | Interest | | | REDEMPTION | 10/11 | L | A | |
| 43.  TREASURY BILL | | Interest | | | REDEMPTION | 10/18 | M | A | |
| 44.  TREASURY BILL | | Interest | | | REDEMPTION | 11/29 | L | A | |
| 45.  TREASURY BILL | | Interest | | | REDEMPTION | 12/27 | K | A | |
| 46.  SERIES EE SAVINGS BOND | A | Interest | | | REDEMPTION | 8/02 | J | A | |
| 47.  SERIES EE SAVINGS BOND | A | Interest | | | REDEMPTION | 8/02 | J | A | |
| 48.  SERIES EE SAVINGS BOND | A | Interest | | | REDEMPTION | 8/02 | J | A | |
| 49.  SERIES EE SAVINGS BOND | A | Interest | | | REDEMPTION | 8/02 | J | A | |
| 50.  SERIES EE SAVINGS BOND | A | Interest | | | REDEMPTION | 8/02 | J | A | |
| 51.  SERIES EE SAVINGS BOND | A | Interest | | | REDEMPTION | 8/02 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | ● =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CHESLER, STANLEY R | 05/09/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. SERIES EE SAVINGS BOND | A | Interest | | | REDEMPTION | 8/02 | J | A | |
| 53. SERIES EE SAVINGS BOND | A | Interest | | | REDEMPTION | 8/02 | J | A | |
| 54. SERIES EE SAVINGS BOND | A | Interest | | | REDEMPTION | 8/02 | J | A | |
| 55. SERIES EE SAVINGS BOND | A | Interest | | | REDEMPTION | 8/02 | J | A | |
| 56. SERIES EE SAVINGS BOND | A | Interest | | | REDEMPTION | 8/02 | J | A | |
| 57. SERIES EE SAVINGS BOND | A | Interest | | | REDEMPTION | 8/02 | J | A | |
| 58. SERIES EE SAVINGS BOND | A | Interest | | | REDEMPTION | 8/02 | J | A | |
| 59. SERIES EE SAVINGS BOND | A | Interest | | | REDEMPTION | 8/02 | J | A | |
| 60. SERIES EE SAVINGS BOND | A | Interest | | | REDEMPTION | 8/02 | J | A | |
| 61. SERIES EE SAVINGS BOND | A | Interest | | | REDEMPTION | 8/02 | J | A | |
| 62. SERIES EE SAVINGS BOND | A | Interest | | | REDEMPTION | 8/02 | J | A | |
| 63. SERIES EE SAVINGS BOND | A | Interest | | | REDEMPTION | 8/02 | J | A | |
| 64. SERIES EE SAVINGS BOND | A | Interest | | | REDEMPTION | 8/02 | J | A | |
| 65. SERIES EE SAVINGS BOND | A | Interest | | | REDEMPTION | 8/02 | J | A | |
| 66. PORT AUTHORITY OF NY & NJ BOND | A | Interest | K | T | BUY | 6/13 | K | | |
| 67. S. JERSEY TRANS AT BOND | A | Interest | K | T | BUY | 6/7 | K | | |
| 68. NJ STATE ED FACS BOND | A | Interest | K | T | BUY | 9/6 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C -$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CHESLER, STANLEY R | 05/09/2008 |

## VII. INVESTMENTS and TRUSTS  *– income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(●-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69.  NJ STATE ED FACS BOND | A | Interest | K | T | BUY | 10/16 | L | | |
| 70.  S. JERSEY TRANS AT BOND | B | Interest | K | T | BUY | 10/22 | K | | |
| 71.  LIVINGSTON SCHOOL DIST. BOND | A | Interest | J | T | BUY | 11/09 | J | | |
| 72.  NJ TRANS TR BOND | A | Interest | K | T | BUY | 10/22 | L | | |
| 73.  PORT AUTHORITY OF NY & NJ BOND | A | Interest | K | T | BUY | 8/28 | K | | |
| 74.  PORT AUTHORITY OF NY & NJ BOND | A | Interest | K | T | BUY | 9/25 | K | | |
| 75.  NJ BUILDING AUTHORITY BOND | A | Interest | K | T | BUY | 11/09 | L | | |
| 76.  BERGEN COUNTY UTIL. AUTHORITY BOND | A | Interest | K | T | BUY | 10/22 | L | | |
| 77.  MERRILL LYNCH CMA NJ MUNI MONEY MKT | A | Dividend | K | T | OPEN | 10/23 | J | | |
| 78.  COUNTRYWIDE BANK | B | Interest | M | T | OPEN | 9/25 | L | | |
| 79.  FIDELITY NJ AMT MONEY MARKET FD | A | Dividend | L | T | OPEN | 6/21 | K | | |
| 80. | | | | | | | | | |
| 81. | | | | | | | | | |
| 82. | | | | | | | | | |
| 83. | | | | | | | | | |
| 84. | | | | | | | | | |
| 85. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

PART VII.

Income and gross value for all Fidelity Spartan 500 holdings (Lines 29 to 40) are reported on Line 40.

The savings bonds listed in Lines 46 through 65 were redeemed. All other EE savings bonds held are below the value and income threshhold and are therefore not reported.

Treasury bills reflected on Lines 42 to 45 were redeemed. For reporting purposes, the income earned on these bills has been aggregated with the income earned on all Treasury bills. Total income for all Treasury bills is reflected in Line 7.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544